

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Han Sheng Beh
hbeh@hinshawlaw.com

November 17, 2014

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   RE: **John J. O'Neill v. LVNV Funding, LLC et al.**
      **1:14-cv-07636-ER**

Dear Judge Ramos:

  We represent defendants LVNV Funding, LLC, Resurgent Capital Services, LP and Alegis Group, LLC (collectively the "LVNV Defendants") in the above referenced matter. We respectfully request that the Court extend the LVNV Defendants' time to answer, move or otherwise respond to plaintiff's complaint, from November 18, 2014 to December 16, 2014.

  We require this extension as we were just today retained to represent the LVNV Defendants in this matter. As such, we need some time investigate the relevant facts and to prepare a response. Plaintiff has consented to this extension and no prior request for an extension has been requested. Furthermore, this extension will not affect any other scheduled dates.

           Respectfully submitted,

           HINSHAW & CULBERTSON, LLP
           *Attorneys for defendants LVNV Funding,*
           *LLC, Resurgent Capital Services, LP and*
           *Alegis Group, LLC*


           /s Han Sheng Beh
           Han Sheng Beh

Cc: Ahmad Keshavarz
   *attorney for plaintiff* (via ECF)

   Steven Cohen
   *attorney for Cohen & Krassner* (via ECF)

**Building on the Barger Tradition**

Arizona California Florida Illinois Indiana Massachusetts Minnesota Missouri New York Rhode Island Wisconsin ♦ London

130936925v1 2893