UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN J. O'NEILL,

    Plaintiff,

-against-

LVNV FUNDING, LLC et al.,

    Defendants.

Civil Action No.  14-CV-7636

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Nabil G. Foster of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as counsel for Defendants LVNV Funding, LLC, Resurgent Capital Services, LP and Alegis Group, LLC. Copies of all pleadings, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated:  New York, New York
         December 16, 2014

               HINSHAW & CULBERTSON LLP
               *Attorneys for Defendants*
               *LVNV Funding, LLC, Resurgent Capital*
               *Services, LP and Alegis Group, LLC*

               By:  *s/Nabil G. Foster*
                     Nabil G. Foster

               222 North LaSalle Street, Suite 300
               Chicago, IL 60601
               Tel: (312) 704-3262

TO:    Ahmad Keshavarz
         *Attorney for Plaintiff* (via ECF)

         Steven Cohen
         *Attorney for Cohen & Krassner* (via ECF)