# HINSHAW
## & CULBERTSON LLP

Nabil Foster
nfoster@hinshawlaw.com

**ATTORNEYS AT LAW**
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

July 15, 2015

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    *O'Neill v. LVNV Funding, LLC et al.*
              1:14-cv-07636-ER

Dear Judge Ramos:

      We represent Defendants LVNV Funding, LLC, Resurgent Capital Services, LP and Alegis Group, LLC (collectively the "LVNV Defendants") in the above-referenced matter.

      We write to join in the pre-letter motion seeking permission to file motions pursuant to Fed. R. Civ Pro. 12(b)(1) and 12(c), which was submitted on July 14, 2015 by Co-Defendants, Law Offices of Steven Cohen, LLC and Mr. Steven Cohen. The LVNV Defendants will also ask this Court for permission to file similar motions.

      We thank the Court for its consideration in this matter.

                                Respectfully Submitted,

                                HINSHAW & CULBERTSON LLP

                                Nabil Foster (NF-9822)
                                Han Sheng Beh (HB-1737)

cc:      Ahmad Keshavarez (via ECF)
          *Attorney for Plaintiff*

          Matthew J. Bizzaro (via ECF)
          *Attorney for Defendants Steven Cohen*
            *and the Law Offices of Steven Cohen*